EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DIST.... CT OF HAWAII

DEC 0 1 2004

at __ o'clock and __ min __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00468 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | [18 U.S.C. §§ 922(g)(1); |
| DWAYNE ALIP,        (01) | ) | 922(g)(3)] |
| and | ) | |
| OSCAR BUENO,        (02) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but by September 4, 2004, in the

District of Hawaii, the defendant, DWAYNE ALIP, having been

convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting

commerce a firearm, to wit, an American Eagle .22 Caliber Rifle, bearing no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

<u>COUNT 2</u>

The Grand Jury further charges:

From a date unknown, but by September 4, 2004, in the District of Hawaii, the defendant, DWAYNE ALIP, being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce, a firearm, to wit, an American Eagle .22 Caliber Rifle, bearing no serial number.

All in violation of Title 18, United States Code, Section 922(g)(3).

<u>COUNT 3</u>

The Grand Jury further charges:

From a date unknown, but by September 4, 2004, in the District of Hawaii, the defendant, OSCAR BUENO, being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce, a firearm, to wit:

1.  One Savage Arms .410 shotgun, serial number P759364;

2.  One Sears Roebuck and Company 12 gauge shotgun serial number P366050;

3.  One Winchester 30-30 caliber rifle serial number 3678452;

4.  One Harrington and Richardson Arms Company 12 gauge shotgun serial number H1914;

5.  One Remington Arms Company Inc. .22 caliber rifle with no serial number;

6.  One Ivers Johnson Arms and Cycle Works 12 gauge shotgun with no serial number;

7.  One Savage Arms Inc. .22 caliber rifle serial number C385463;

8.  One Winchester 30-30 rifle, serial number 17618603;

9.  One Marlins Firearms Arms Company .22 caliber rifle serial number 01322452;

10.  One Harrington and Richardson 30-30 caliber rifle serial number AM227891;

11.  One Remington .22 caliber rifle with no serial number;

12.  One U.S. Carbine M1 .30 caliber rifle, serial number 19080204;

13.  One American Eagle .22 caliber rifle, with no serial number;

14.  One Browning Arms Company 12 gauge shotgun with serial number T4755PT152;

15.  One Raven Arms .25 caliber pistol serial number 1839698.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED:  December __1__, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. DWAYNE ALIP, ET AL.
Cr. No.
"Indictment"

4