EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00468 JMS |
| | ) | |
| Plaintiff, | ) | NOTICE OF ADDITIONAL |
| | ) | AUTHORITY; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| DWAYNE ALIP,        (01) | ) | |
| OSCAR BUENO,      (02) | ) | |
| | ) | Date:  February 10, 2006 |
| Defendants. | ) | Time:  9:30 a.m. |
| | ) | Judge: J. Michael Seabright |

NOTICE OF ADDITIONAL AUTHORITY

The United States of America, through Assistant U.S. Attorney Loretta Sheehan, provides notice of additional authority on the issue of the propriety of frisking persons present at a residence during the execution of a search warrant for narcotics and firearms, i.e. <u>Dawson v. City of Seattle</u>, 2006 WL 163300 (9th Cir. Jan. 24, 2006)(Court affirms district court's order granting summary judgement to City of Seattle, finding that detention of

persons present during execution of warrant to search for evidence of rodent infestation, which included frisks of persons present, not to violate Fourth Amendment).

        DATED: February 9, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        By /s/ Loretta Sheehan
          LORETTA SHEEHAN
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Alexander Silvert   alex_silvert@fd.org    February 9, 2006
Attorney for Defendant
Dwayne Alip

Dana S. Ishibashi   ishibashid@aol.com    February 9, 2006
Attorney for Defendant
Oscar Bueno

    DATED: February 9, 2006, at Honolulu, Hawaii.

                                  /s/ Iris Tanaka