# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 04-00468JMS-01 & 02

CASE NAME: United States of America vs. Dwayne Alip & Oscar Bueno

ATTYS FOR PLA: Loretta Sheehan

ATTYS FOR DEFT: Alexander Silvert
Dana Ishibashi

INTERPRETER:

JUDGE: J. Michael Seabright      REPORTER: Debra Chun

DATE: 2/10/2006      TIME: 9:00 - 12:00 2:00 - 4:00

COURT ACTION:  1) Defendant Dwayne Alip's Motion to Suppress Evidence.
2) Defendant Oscar Bueno's Motion to Suppress Evidence.  3) Defendant Oscar Bueno's Joinder in Defendant Dwayne Alip's Motion to Suppress Evidence Filed on February 8, 2005:

Defendant Dwayne Alip present with counsel Alexander Silvert.
Defendant Oscar Bueno present with counsel Dana Ishibashi.

CST:  Jeff Kearns
Guy Ward
Kenneth Quiocho

Exhibits Admitted: Governments - 1, 2, 3, 4, 5.

Defendants Exhibits A & B marked for identification only.

Further hearing continued to Tuesday, February 28, 2006 at 9:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager

Case 1:04-cr-00468-JMS     Document 74     Filed 02/10/2006     Page 2 of 2