EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4357
Chief, Major Crimes Section

LORETTA SHEEHAN  #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00468 JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TOLLING |
| v. | ) | TIME FROM COMPUTATION UNDER |
| | ) | THE SPEEDY TRIAL ACT |
| DUANE ALIP,         (01) | ) | |
| and | ) | |
| OSCAR BUENO,        (02) | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER SETTING TRIAL DATE AND
TOLLING THE TIME UNDER THE SPEEDY TRIAL ACT

Counsel for Defendant Duane Alip, Dana Ishibashi, for Defendant Oscar Bueno, Assistant Federal Public Defender

Alexander Silvert, and for the government, Assistant U.S. Attorney Loretta Sheehan, have requested a continuance of trial in order to complete hearings on the Motion to Suppress Evidence, filed February 8, 2005, and possibly to raise/rebut a challenge to the warrant under Franks v. Delaware, 438 U.S. 154 (1978) and to prepare for trial.

      The Court grants the request to continue trial and schedules a new trial date for June 14, 2006. The Court further tolls the time from April 18, 2006 to and including June 14, 2006, finding that the ends of justice in continuing the trial outweigh the defendants' and public's interest in a speedy trial, in that a continuance of trial is necessary to insure continuity of counsel and failure to grant a continuance would unreasonably deny counsel the time necessary for effective preparation, taking into account due diligence.

      The trial is continued to June 14, 2006 at 9:00 a.m. Final Pretrial Conference is scheduled for May 15, 2006 at 10:00

//
//
//
//
//
//

a.m. before the Honorable Kevin S. Chang.

DATED: March 23, 2006, at Honolulu, Hawaii.

IT IS SO STIPULATED:


  /s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney


  /s/ Alexander Silvert
ALEXANDER SILVERT, ESQ.
Attorney for Duane Alip


  /s/ Dana Ishibashi
DANA ISHIBASHI, ESQ.
Attorney for Oscar Bueno

IT IS SO ORDERED.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge


United States v. Duane Alip, et al.
Stipulation and Order Continuing Trial and
  Tolling Time from Computation Under
  the Speedy Trial Act
Cr. No. 04-00468 JMS

3