# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/28/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**     CR NO. 04-00468JMS

**CASE NAME:**     United States of America Vs. (01) Dwayne Alip and (02) Oscar Bueno

**ATTYS FOR PLA:**     Loretta A. Sheehan

**ATTYS FOR DEFT:**     (01) Alexander Silvert and (02) Dana S. Ishibashi

**INTERPRETER:**

---

**JUDGE:**    J. Michael Seabright         **REPORTER:**    Sharon Ross

**DATE:**    4/28/2006         **TIME:**    8:36am-9:07am

---

**COURT ACTION:**  EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendants (01) Dwayne Alip and (02) Oscar Bueno-Defendants' both present not in Custody.

Both Defendants' Sworn In.

Court questions both Defendants'.

Memorandum of Plea Agreement signed and filed as to both Defendants'.  Court defers the acceptance of the Plea Agreement until the time of sentencing.

Defendant (01) Dwayne Alip enters a Plea of Guilty as to Count 1 of the Indictment.

Court accepts the Guilty Plea as to Defendant (01) Dwayne Alip and adjudges the Defendant Guilty as to Count 1 of the Indictment.

Defendant (02) Oscar Bueno enters a Plea of Guilty as to Count 3 of the Indictment.

Court accepts the Guilty Plea as to Defendant (02) Oscar Bueno and adjudges the Defendant Guilty as to Count 3 of the Indictment.

Both Defendants' are referred to the Probation Office for the preparation of the

presentence report.


Sentence as to both Defendants' set for 8/21/2006 @2:15 p.m. before this Court.

Both Defendants' are to continue on present Bail Conditions.


Submitted by Leslie L. Sai, Courtroom Manager